# United States Court of Appeals for the Fifth Circuit

No. 26-10436

United States Court of Appeals
Fifth Circuit
**FILED**
June 25, 2026
Lyle W. Cayce
Clerk

In re Ezra Ishmael Young,

*Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-37

ORDER:

IT IS ORDERED that Appellant's motion to lift the Highly Sensitive Document designation imposed by the Northern District of Texas on the April 24, 2026 hearing transcript is DENIED.

/s/ James E. Graves, Jr.

James E. Graves, Jr.
*United States Circuit Judge*