# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10436 In re: Ezra Young
USDC No. 3:18-CV-37

Dear Mr. Young,

The Court has denied your motion to file a corrected brief. Your sufficient brief deadline is set for 9/3/2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Ezra Ishmael Young