# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 30, 2026
Lyle W. Cayce
Clerk

No. 26-10436

In re Ezra Ishmael Young,

*Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-37

ORDER:

IT IS ORDERED that Appellant's motion to view and access portions of the electronic record sealed by the district court, specifically ECF documents 207, 230, 232, 235, 238, and 241, for the purposes of preparing a sufficient brief is GRANTED.

IT IS FURTHER ORDERED that Appellant's motion to supplement the record on appeal is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Appellant's motion to extend time to return sufficient brief to October 14, 2026, is GRANTED.

Cory T. Wilson
*United States Circuit Judge*