IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| ***In re Ezra Ishmael Young*****,** | § | |
| | § | **Case No. 26-10436** |
| **Appellant.** | § | |

# MR. YOUNG'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPENING BRIEF AND LEAVE TO SUPPLEMENT THE APPELLATE RECORD

The undersigned respectfully seeks an additional 10 days, through October 23, 2026, to file an amended opening brief and leave to supplement the appellate record with a recently order entered by the Northern District of Texas which is pertinent to this appeal. There are No other parties to this appeal, so this motion is not opposed.

## BACKGROUND

To refresh, the undersigned's merits appeal challenges abuses of power including the improper revocation of his permission to practice pro hac vice below and other improper sanctions and threats made by the

Honorable Judge Ada Brown of the Northern District of Texas. In parallel with this appeal, the undersigned filed a judicial misconduct complaint.

The undersigned originally filed an opening brief in this matter on August 18, 2026. That brief was rejected because it contained references to documents by the ECF entries below instead of the appellate record. (This occurred because those documents were not viewable to the undersigned in the electronic record on appeal.).

In attempting to cure the deficiency, the undersigned moved to have the documents unsealed for the purposes of making his opening brief sufficient. That motion was granted by Circuit order dated September 30, 2026 and he was afforded an extension of time through October 14, 2026 to docket a sufficient brief.

On October 5, 2026, the Honorable Chief Judge Reed O'Connor sua sponte transferred all cases away from the Honorable Judge Ada Brown, including the matter from which this appeal is taken. A true copy of that order is attached as Exhibit 1.

As of today, October 14, 2026, the documents ordered unsealed by this Circuit are not viewable to the undersigned in the electronic record

on appeal. Additionally, Chief Judge O'Connor's transfer order does not yet appear in the electronic record on appeal.

## ARGUMENT

The undersigned is aware of no other case in this Circuit or another involving facts and intervening events similar to this matter. To the extent this Circuit must decide under what power it is acting on this motion, the undersigned suggests that it may grant all relief sought pursuant to Federal Rule of Appellate Procedure 2(a), which allows on a party's motion a court of appeal to suspend any rule, including deadlines, as it directs in a particular case. The Rules contemplate idiosyncratic needs arising in a particular case, as exemplified by the Advisory Committee's 1967 note.

### I. THE RECORD SHOULD BE SUPPLEMENTED.

The undersigned's merits appeal challenges abuses of power directly related to Judge Brown's refusal to recuse from the case below, retaliation against the undersigned for mundane litigation events like seeking an explanation for orders, and brings to light incidents in which

Judge Brown used her judicial role to falsely accuse the undersigned of egregious misconduct he did not commit below or elsewhere in the nation.

The undersigned is aware that the judicial misconduct process is ongoing. However, to cure the litigation events which have caused the undersigned harm he must grieve and seek redress from this Circuit on appeal.

Given the foregoing unique situation, this Circuit should allow leave to supplement the record on appeal to include the October 5, 2026 transfer order. If nothing else, this document is pertinent to whether Judge Brown should have previously recused and speaks to the possibility that make whole equitable relief idiosyncratic to this case is merited on appeal.

## II. THE OPENING BRIEF SHOULD BE MODIFIED

The undersigned previously sought relief and was granted permission to correct nonsubstantive errors appearing in his first proposed appellate brief. Given the reassignment of the case below, the undersigned seeks permission to delete a section of his argument

requesting reassignment upon remand. That request is mooted by Chief Judge O'Connor's recent order.

Additionally, the undersigned respectfully requests that he be allowed to modify the new proposed sufficient brief to suggest additional relief that is prudent in light of developments below. Given the mass transfer and reassignment of all Judge Brown's cases in the Northern District, the judges of this Circuit are better positioned and likely more knowledgeable about the merits case than Chief Judge O'Connor. This Circuit may also, because it has now heard multiple merits and interlocutory appeals and writs involving the same and similar problems with Judge Brown in the merits case, be better informed as to how to craft relief should the undersigned prevail on the instant appeal.

## III. ADDITIONAL EXTENSION OF TEN DAYS

Lastly, the undersigned requests additional time to come into compliance with the request for sufficient brief in light of recent developments. If this Circuit would instead prefer to delay the deadline longer than requested schedule, the undersigned does not oppose it doing so.

Dated: October 14, 2026

Respectfully submitted,

/s/ Ezra Young

EZRA ISHMAEL YOUNG

LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, New York 14850
Telephone: (949) 291-3185

*On His Own Behalf*

## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, I electronically filed the foregoing Motion using the Court's CM/ECF system, which constitutes service under the Court's rules.

/s/ Ezra Young

EZRA ISHMAEL YOUNG

LAW OFFICE OF EZRA YOUNG

*On His Own Behalf*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding parts exempted by Fed. R. App. P. 32(f), this document contains 773 words. This Motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in proportionally spaced serif typeface using Microsoft Word 365 in 14-point Century front. This document was scanned for viruses. Additionally, all required privacy redactions have been made in accordance with Fed. R. App. P. 25(a)(5) and 5th Cir. R. 25.2.13.

/s/ Ezra Young

EZRA ISHMAEL YOUNG
LAW OFFICE OF EZRA YOUNG
*On His Own Behalf*

# Exhibit 1

**FILED**
**October 5, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

---

**SPECIAL ORDER NO. 3-364**

The cases listed on Exhibit A to this order are transferred to Judge Kasdin M. Mitchell's docket, until and unless modified by subsequent order of the court, and shall be designated by the suffix letter "M".

The cases listed on Exhibit B to this order are transferred to Chief Judge Reed O'Connor's docket, until and unless modified by subsequent order of the court, and shall be designated by the suffix letter "O".

**SO ORDERED.**

October 5, 2026

Reed O'Connor

REED O'CONNOR
CHIEF JUDGE

Exhibit A

| | | |
|---|---|---|
| CIVIL CASES TO BE TRANSFERRED TO THE DOCKET OF JUDGE KASDIN M. MITCHELL | | |
| 1 | 3:24-cv-02895-E | Reed v. John Doe 1 et al |
| 2 | 3:24-cv-02967-E-BN | Ray-Sampson v. Uplift Education et al |
| 3 | 3:24-cv-03059-E | Jones v. Holcim SOR Inc |
| 4 | 3:24-cv-03226-E | *SEALED* |
| 5 | 3:24-cv-03270-E | Regalo International LLC et al v. Aborder Products Inc |
| 6 | 3:25-cv-00184-E | Johnson v. The Elevance Health Companies Inc |
| 7 | 3:25-cv-00415-E | Bulldog National Risk Retention Group Inc v. All Points 360 LLC et al |
| 8 | 3:25-cv-00585-E | Perkins, M.D. v. BMW of North America LLC |
| 9 | 3:25-cv-00626-E | Carroll v. Graphic Packaging International LLC |
| 10 | 3:25-cv-00672-E | Copeland v. G6 Hospitality LLC |
| 11 | 3:25-cv-00675-E | Rothchild et al v. Lemonade Insurance Company |
| 12 | 3:25-cv-00694-E | Innovative Sports Management Inc v. Tineo Peruvian Cafe LLC et al |
| 13 | 3:25-cv-00890-E | Legacy Diagnostic Lab LLC v. Kennedy |
| 14 | 3:25-cv-00895-E | Seidel v. Neugebauer et al |
| 15 | 3:25-cv-00914-E | Savage v. Smoky Rose LLC |
| 16 | 3:25-cv-01016-E | Parviz v. Hobby Lobby Stores Inc |
| 17 | 3:25-cv-01056-E-BT | Hayes et al v. PHH Mortgage Corporation et al |
| 18 | 3:25-cv-01161-E | Guerrero v. Yamaha Motor Corporation USA et al |
| 19 | 3:25-cv-01228-E | Otunba v. USA |
| 20 | 3:25-cv-01238-E | Parmerlee et al v. United States of America |
| 21 | 3:25-cv-01459-E | Valtir Rentals LLC v. Executive Risk Indemnity Inc |
| 22 | 3:25-cv-01465-E | *SEALED* |
| 23 | 3:25-cv-01475-E | Seidell et al v. Chapman and Culter LLP et al |
| 24 | 3:25-cv-01538-E | Maryland et al v. Marriott International, Inc. et al |
| 25 | 3:25-cv-01588-E | Conley v. Standard Logistics Transportation, LLC |
| 26 | 3:25-cv-01615-E | Methodist Healthcare System of San Antonio Ltd LLP et al v. Community Insurance Company |
| 27 | 3:25-cv-01648-E-BW | Braga v. Devon Bank |
| 28 | 3:25-cv-01690-E-BW | Hunsinger v. Doe Corporation |
| 29 | 3:25-cv-01691-E | LightSure LLC v. Acuity Brands Inc |
| 30 | 3:25-cv-01806-E | Tanner v. Joseph et al |
| 31 | 3:25-cv-01808-E-BW | Zhou v. U.S. Citizenship and Immigration Services Texas Service Center |
| 32 | 3:25-cv-01825-E | Coria et al v. Allen et al |
| 33 | 3:25-cv-01828-E-BT | Carter v. Director, TDCJ-CID |
| 34 | 3:25-cv-01866-E | Escamilla v. Costco Wholesale Corporation |
| 35 | 3:25-cv-02069-E | Delaware Life Insurance Company v. Brennan et al |
| 36 | 3:25-cv-02102-E-BW | Douglas v. Amazon.com Services LLC |
| 37 | 3:25-cv-02122-E | Harris v. Kroger Texas LP et al |
| 38 | 3:25-cv-02188-E-BN | Johnson v. Midland Credit Management Inc et al |
| 39 | 3:25-cv-02251-E | Eitel v. Banc Card of America et al |
| 40 | 3:25-cv-02266-E-BN | Kriman v. Office Depot LLC et al |
| 41 | 3:25-cv-02280-E | Hubbard v. Auto Now Financial Services TX, Inc. et al |
| 42 | 3:25-cv-02289-E | Frisk v. Commissioner, Social Security Administration |
| 43 | 3:25-cv-02323-E | G&C Food Distributors & Brokers Inc v. Base Carriers LLC, et al. |
| 44 | 3:25-cv-02378-E | Reyna v. United States of America et al |

Exhibit A

| | | |
|---|---|---|
| 45 | 3:25-cv-02556-E | McDonald v. International Business Machines |
| 46 | 3:25-cv-02584-E | Daugherty et al v. Highland Capital Management, L.P. et al |
| 47 | 3:25-cv-02595-E | Solidaris Capital LLC v. Kingswood Capital Partners LLC |
| 48 | 3:25-cv-02601-E | United Security Financial Corp v. Hawes et al |
| 49 | 3:25-cv-02670-E-BT | Cowans v. Moneygram Payment Systems Inc |
| 50 | 3:25-cv-02679-E | Webb et al v. Travelers Personal Insurance Company |
| 51 | 3:25-cv-02693-E | Boyce v. Panda Express Inc |
| 52 | 3:25-cv-02711-E | Blue v. PetSmart LLC et al |
| 53 | 3:25-cv-02716-E | Atkinson v. State Farm Automobile Insurance Company et al |
| 54 | 3:25-cv-02721-E | Lindsay-Blee Americas LLC v. Alquimia Energy LLC et al |
| 55 | 3:25-cv-02722-E | Haid v. Garland Independent School District et al |
| 56 | 3:25-cv-02727-E | Spaghetti Warehouse Restaurants Inc v. Spaghetti Warehouse Restaurant of CNY LLC |
| 57 | 3:25-cv-02830-E | McNeely et al v. Equifax Information Services LLC et al |
| 58 | 3:25-cv-02852-E-BW | White v. DB Schenker Inc |
| 59 | 3:25-cv-02914-E-BW | Marques v. Noem et al |
| 60 | 3:25-cv-03000-E-BT | Todd v. 423 Catkins Maize LLC et al |
| 61 | 3:25-cv-03037-E | Church Mutual Insurance Company v. Gateway Church et al |
| 62 | 3:25-cv-03076-E | Catabia v. Doctors Alliance, LLC et al |
| 63 | 3:25-cv-03126-E | EBG LLC et al v. Eatz Grill LLC et al |
| 64 | 3:25-cv-03179-E-BW | Keech et al v. Payovich et al |
| 65 | 3:25-cv-03236-E | *SEALED* |
| 66 | 3:25-cv-03254-E | Baker v. Tow Star Inc |
| 67 | 3:25-cv-03257-E-BW | Shaw v. Ampex Brands |
| 68 | 3:25-cv-03304-E | Dallas, Garland & Northeastern Railroad, INC v. EM Resources LLC |
| 69 | 3:25-cv-03318-E-BK | Rooters et al v. Dallas County Texas et al |
| 70 | 3:25-cv-03331-E | Cook v. Paychex, Inc. |
| 71 | 3:25-cv-03387-E | Everett Financial Inc v. Mau et al |
| 72 | 3:25-cv-03389-E | Dorsainville v. Santander Consumer USA Inc. et al |
| 73 | 3:25-cv-03395-E-BN | Wilson v. Brown et al |
| 74 | 3:25-cv-03405-E | Arise Recovery Centers of America LLC v. Bessent |
| 75 | 3:25-cv-03424-E | Reid v. GameSquare Holdings Inc et al |
| 76 | 3:25-cv-03465-E-BT | Rogers v. Envision Dallas |
| 77 | 3:25-cv-03476-E | Herrera v. American Security Insurance Company |
| 78 | 3:25-cv-03518-E | Strike 3 Holdings LLC v. Doe subscriber assigned IP address 99.113.183.237 |
| 79 | 3:25-cr-03528-E | Sheffield-Ocampo v. Ma et al |
| 80 | 3:25-cv-03545-E | Quesenberry et al v. Choice Business Group LLC |
| 81 | 3:25-cv-03546-E | Quesenberry et al v. Prompt Courier & Notary Service Inc |
| 82 | 3:25-cv-03559-E-BW | Kolobotos v. Lin |
| 83 | 3:26-cv-00002-E | Altera Digital Health Inc et al v. Prospect Medical Holdings Inc et al |
| 84 | 3:26-cv-00036-E | Johnson v. Kroger Texas LP |
| 85 | 3:26-cv-00050-E-BK | Stevens v. The City of Addison Texas et al |
| 86 | 3:26-cv-00095-E | Hinojosa v. Allstate Vehicle and Property Insurance Company |
| 87 | 3:26-cv-00106-E | Brannon v. Walmart Inc et al |
| 88 | 3:26-cv-00110-E-BN | Bell v. Experian Information Solutions Inc et al |
| 89 | 3:26-cv-00128-E | Faz v. USA |
| 90 | 3:26-cv-00165-E | DSI Distributing Inc v. Presidio Networked Solutions Group LLC |
| 91 | 3:26-cv-00190-E-BT | Moses v. Secretary of Veterans Affairs |

Exhibit A

| | | |
|---|---|---|
| 92 | 3:26-cv-00252-E-BT | Verser et al v. CitiMortgage Inc |
| 93 | 3:26-cv-00278-E | Independent Bank v. Yuejie Inc |
| 94 | 3:26-cv-00287-E-BN | Fenimore v. City of Mesquite Texas et al |
| 95 | 3:26-cv-00295-E | Trinity North American Freight Car Inc v. GPO Asociados SA de CV |
| 96 | 3:26-cv-00320-E-BN | Foreman v. HealthTrust Workforce Solutions LLC |
| 97 | 3:26-cv-00339-E | Schneider v. Third Coast Insurance Company |
| 98 | 3:26-cv-00353-E | Alo LLC v. Carpio et al |
| 99 | 3:26-cv-00368-E | Cohere Beauty Omaha Inc v. Cali-Curl Inc |
| 100 | 3:26-cv-00381-E | Koch v. Verkada Inc |
| 101 | 3:26-cv-00404-E | Clay v. Dallas Area Rapid Transit Police et al |
| 102 | 3:26-cv-00408-E | First Southern Bank Texarkana v. Lankford et al |
| 103 | 3:26-cv-00537-E-BK | Wickman v. Thompson et al |
| 104 | 3:26-cv-00550-E | Alo LLC V. Arturo Arzola |
| 105 | 3:26-cv-00551-E | Nations Fund I LLC v. Enercorp Crane & Energy Services LLC et al |
| 106 | 3:26-cv-00554-E | Mejia v. Kemper Independence Insurance Company |
| 107 | 3:26-cv-00555-E-BK | Johnny Collins v. Elite Edge Management Group LLC et al |
| 108 | 3:26-cv-00561-E | Oliff v. United States of America |
| 109 | 3:26-cv-00590-E | Grinnan et al v. MTD Products Inc et al |
| 110 | 3:26-cv-00646-E | Dubo v. USCIS et al |
| 111 | 3:26-cv-00674-E | Gomez Munoz v. USA |
| 112 | 3:26-cv-00686-E | Global Weather Productions LLC v. Cumulus Media Inc. |
| 113 | 3:26-cv-00698-E-BK | Wilson v. Dallas Area Rapid Transit et al |
| 114 | 3:26-cv-00733-E | FML DAL LLC v. Cowan Intermodal Group LLC |
| 115 | 3:26-cv-00740-E | Jeewani et al v. Bondi et al |
| 116 | 3:26-cv-00742-E | Gnaedig v. Monterey Financial Services Inc |
| 117 | 3:26-cv-00761-E | ANS Advanced Network Services LLC v. Molle Energy Construction Services LLC et al |
| 118 | 3:26-cv-00776-E | Marrero v. U.S. Xpress Inc |
| 119 | 3:26-cv-00813-E-BK | Simbeck v. Dallas Independent School District et al |
| 120 | 3:26-cv-00829-E | G. Cole Corporation v. Hanover Atlantic Insurance Company |
| 121 | 3:26-cv-00867-E-BN | Contreras-Molina v. Warden Prairieland Detention Center et al |
| 122 | 3:26-cv-00872-E-BN | Varona et al v. Facility Administrator/Warden, Prairieland Detention Facility et al |
| 123 | 3:26-cv-00877-E-BN | Singh v. Warden of the Prairieland Detention Center et al |
| 124 | 3:26-cv-00921-E | Cuhadar et al v. Savoya LLC |
| 125 | 3:26-cv-00934-E | *SEALED* |
| 126 | 3:26-cv-00965-E-BW | Fernandez-Fernandez v. Warden Prairieland Detention Center et al |
| 127 | 3:26-cv-01030-E | Mikel v. American Wind Transport Group LLC |
| 128 | 3:26-cv-01055-E | Jennings v. FCA US LLC |
| 129 | 3:26-cv-01062-E | Hardin v. Truck Up LLC et al |
| 130 | 3:26-cv-01096-E | In re Earthbound Holding, LLC Data Breach Litigation |
| 131 | 3:26-cv-01107-E | Womack et al v. City of Irving |
| 132 | 3:26-cv-01109-E-BW | Farlough v. Director, TDCJ-CID |
| 133 | 3:26-cv-01131-E | Gaytan v. Panda Express Inc |
| 134 | 3:26-cv-01146-E | Miniefield v. Ashimary International Trading LLC |
| 135 | 3:26-cv-01187-E | Cornerstone Crossroads Academy v. Scottsdale Insurance Company |
| 136 | 3:26-cv-01207-E-BT | Watson v. Tranzact Inc |
| 137 | 3:26-cv-01224-E | Ahmad v. State Farm Lloyds |
| 138 | 3:26-cv-01237-E-BW | Uchenna Chidi v Warden of the Prairieland Detention Center |

| | | |
|---|---|---|
| 139 | 3:26-cv-01256-E-BN | Hilary v. Cerna et al |
| 140 | 3:26-cv-01292-E-BN | Moore v. Amazon.com Services LLC |
| 141 | 3:26-cv-01385-E | Kirkbride v. Legkoev et al |
| 142 | 3:26-cv-01397-E-BW | Ramirez v. FMRI/C.O.M.M. |
| 143 | 3:26-cv-01419-E-BW | Sterrenberg v. Willow Bridge Property Company et al |
| 144 | 3:26-cv-01438-E | Bland v. Thryv Inc |
| 145 | 3:26-cv-01445-E | Parra v. USA |
| 146 | 3:26-cv-01447-E-BN | Hernandez Alcala v. Warden Prairieland Detention Center et al |
| 147 | 3:26-cv-01467-E | Caywood v. DRG Hospitality LLC et al |
| 148 | 3:26-cv-01471-E | Fabry v. AmeriHome Mortgage Company LLC et al |
| 149 | 3:26-cv-01547-E | Specialty Exotics LLC v. Motor Cars Inc |
| 150 | 3:26-cv-01575-E-BN | Calhoun v. Steiner |
| 151 | 3:26-cv-01578-E | Strike 3 Holdings LLC v. Doe |
| 152 | 3:26-cv-01581-E | Strike 3 Holdings LLC v. Doe |
| 153 | 3:26-cv-01603-E | Meachum et al v. The Bank of New York Mellon Trust Company NA |
| 154 | 3:26-cv-01608-E | Ciufi v. Gamez et al |
| 155 | 3:26-cv-01640-E | Mack v. Washington |
| 156 | 3:26-cv-01671-E | Dealer Support Network LLC v. Foundation Automotive Corporation et al |
| 157 | 3:26-cv-01680-E | Reyes-Gonzalez v. USA |
| 158 | 3:26-cv-01689-E-BN | Kulendran v. of Prairieland Detention Facility et al |
| 159 | 3:26-cv-01698-E-BK | Manning v. JPMorgan Chase Bank NA et al |
| 160 | 3:26-cv-01722-E-BN | Alvarez v. Loan Depot |
| 161 | 3:26-cv-01750-E | Anderson v. Equifax Information Services LLC et al |
| 162 | 3:26-cv-01761-E | Loiseau v. Equifax Information Services LLC et al |
| 163 | 3:26-cv-01794-E | Wyland v. Federation Internationale de Football Association et al |
| 164 | 3:26-cv-01815-E | *SEALED* |
| 165 | 3:26-cv-01818-E-BN | Sudarshan v. Bargami |
| 166 | 3:26-cv-01842-E | Green Revolution Cooling Inc v. Riot Platforms Inc et al |
| 167 | 3:26-cv-01875-E | Laccinole v. Strategic Funding Group LLC |
| 168 | 3:26-cv-01880-E | Mosqueda v. Equifax Information Services LLC |
| 169 | 3:26-cv-01925-E-BN | Isidro-Polocena v. Mullin et al |
| 170 | 3:26-cv-01951-E | VSS Carriers Inc v. The Travelers Lloyds Insurance Company |
| 171 | 3:26-cv-01954-E | Songer v. Allstate Indemnity Company |
| 172 | 3:26-cv-01955-E-BK | Graim v. Gables Residential Services Inc |
| 173 | 3:26-cv-01969-E | JWM Ventures LLC v. Nasser Investments Inc et al |
| 174 | 3:26-cv-01970-E | OrthoMed Staffing PLLC v. Astar et al |
| 175 | 3:26-cv-01989-E | Burrow v. Allstate Vehicle and Property Insurance Company |
| 176 | 3:26-cv-02002-E-BN | Williams v. Warden Pate- FCI Seagoville |
| 177 | 3:26-cv-02028-E | McField-Bent v. United States of America |
| 178 | 3:26-cv-02044-E | Pate v. State Farm Fire and Casualty Company |
| 179 | 3:26-cv-02057-E | McLane Food Service Inc v. Total Quality Logistics, LLC |
| 180 | 3:26-cv-02080-E-BN | Ali v. Facility Administrator et al |
| 181 | 3:26-cv-02086-E-BN | Allen-Straight v. Johnson County Sheriff |
| 182 | 3:26-cv-02093-E | Cebey Matos v. Mullin et al |
| 183 | 3:26-cv-02095-E | Reyes-Gonzalez v. USA |
| 184 | 3:26-cv-02119-E | Sambol v. United States Department of Housing and Urban Development |
| 185 | 3:26-cv-02125-E-BK | Benitez v. Warden of Carswell FMC |
| 186 | 3:26-cv-02132-E-BW | Ford v. LNU |

| | | |
|---|---|---|
| 187 | 3:26-cv-02153-E-BW | Centeno v. US Immigration and Customs Enforcement |
| 188 | 3:26-cv-02191-E | Shabauze v. Walmart Inc |
| 189 | 3:26-cv-02236-E-BT | Ash v. Deutsche Bank National Trust Company |
| 190 | 3:26-cv-02237-E | Knight v. James et al |
| 191 | 3:26-cv-02240-E | HomeVestors of America Inc v. Ridgeline Investments LLC et al |
| 192 | 3:26-cv-02270-E-BN | Harding v. Kirkendall Dwyer LLP |
| 193 | 3:26-cv-02273-E | Reinsmith et al v. State Farm Lloyds et al |
| 194 | 3:26-cv-02274-E | Sandoval v. RealPage Inc |
| 195 | 3:26-cv-02280-E | Mid-Continent Casualty Company v. Evanston Insurance Company |
| 196 | 3:26-cv-02283-E | *SEALED* |
| 197 | 3:26-cv-02284-E-BT | Kinnison v. Commissioner, Social Security Administration |
| 198 | 3:26-cv-02288-E-BW | Canlson v. Cerna et al |
| 199 | 3:26-cv-02306-E | Photon Interactive Services Inc v. Sharma |
| 200 | 3:26-cv-02311-E-BW | Huynh v. Blanche et al |
| 201 | 3:26-cv-02336-E-BN | Mejia Galviz v. US Immigration and Customs Enforcement |
| 202 | 3:26-cv-02380-E-BN | Paris v. Carmax Enterprise Services LLC et al |
| 203 | 3:26-cv-02382-E-BW | Apte v. Director Texas Service Center et al |
| 204 | 3:26-cv-02385-E | Arnold v. Gamble et al |
| 205 | 3:26-cv-02399-E | Hartford Fire Insurance Company et al v. Unifeye Vision Partners Holdings LLC |
| 206 | 3:26-cv-02400-E | Nutmeg Insurance Company et al v. Harwood International |
| 207 | 3:26-cv-02414-E | Strike 3 Holdings, LLC v. Doe |
| 208 | 3:26-cv-02446-E | Nukala v. Mullin et al |
| 209 | 3:26-cv-02449-E-BN | Martinez Chavez v. MULLIN et al |
| 210 | 3:26-cv-02454-E-BT | King v. Warden Pate FCI Seagoville |
| 211 | 3:26-cv-02459-E-BN | Merten v. US Citizenship and Immigration Services et al |
| 212 | 3:26-cv-02479-E-BW | Vanzant v. Lewis et al |
| 213 | 3:26-cv-02511-E | Denbow v. Travelers Personal Insurance Company |
| 214 | 3:26-cv-02534-E | Owen-Brooks v. AffordaCare Insurance Agency LLC |
| 215 | 3:26-cv-02545-E | Peavler v. Donahue et al |
| 216 | 3:26-cv-02548-E | Pugh v. Nelson University |
| 217 | 3:26-cv-02590-E | Equal Employment Opportunity Commission v. KLLM Transport Services LLC et al |
| 218 | 3:26-cv-02604-E | Hangzhou Sanuoge Trading Co Ltd v. Sportspower Ltd |
| 219 | 3:26-cv-02611-E | DFW Stucco Pros LLC v. Hiscox Insurance Company Inc |
| 220 | 3:26-cv-02614-E | United States of America v. All funds seized from the Resource One Credit Union Account Number 3017209 Held in the Name of GG Tree Unlimited LLC |
| 221 | 3:26-cv-02625-E-BT | Delaney v. Telsco Industries Inc |
| 222 | 3:26-cv-02634-E | Barbara v. BLC Transportation Inc et al |
| 223 | 3:26-cv-02640-E | Watkins et al v. Rocket Mortgage LLC |
| 224 | 3:26-cv-02641-E-BT | Durr v. Greystar Worldwide LLC |
| 225 | 3:26-cv-02642-E | Daniels v. Aramark Management Services Limited Partnership |
| 226 | 3:26-cv-02678-E | Everbank NA v. Resource One Credit Union |
| 227 | 3:26-cv-02687-E | The Apostolic Church Glorious Vision (USA) Dallas Assembly v. Brotherhood Mutual Insurance Company |
| 228 | 3:26-cv-02697-E | Trevino v. Wellpoint Texas Inc |
| 229 | 3:26-cv-02749-E-BT | Biswas v. Redsail Technologies et al |
| 230 | 3:26-cv-02756-E | Padron v. Singh et al |

Exhibit A

| | | |
|---|---|---|
| 231 | 3:26-cv-02764-E | Bonikela v. United States Citizenship and Immigration Services |
| 232 | 3:26-cv-02780-E | Strike 3 Holdings LLC v. Doe |
| 233 | 3:26-cv-02784-E | United States of America v. Altruist Home Health Care Inc |
| 234 | 3:26-cv-02813-E | Koritala v. Edlow |
| 235 | 3:26-cv-02841-E | Baker v. Schneider National Carriers Inc et al |
| 236 | 3:26-cv-02867-E-BN | Nguyen v. Prairieland Detention Center |
| 237 | 3:26-cv-02872-E | Cognetta v. Express Systems, Inc. |
| 238 | 3:26-cv-02875-E | McCarty v. Western Mutual Insurance Company |
| 239 | 3:26-cv-02878-E-BN | Gakou v. Warden Prairieland Detention Center et al |
| 240 | 3:26-cv-02904-E | Commercial Capital Funding LLC v. Alexander et al |
| 241 | 3:26-cv-02908-E-BN | Mohammadi v. Warden Prairieland Detention Center et al |
| 242 | 3:26-cv-02917-E | Davis v. BOPC, LLC |
| 243 | 3:26-cv-02944-E-BN | Poovannumvila v. Collins |
| 244 | 3:26-cv-02947-E | Chaturvedi v. Allen et al |
| 245 | 3:26-cv-02986-E-BW | Warren v. State of Texas |
| 246 | 3:26-cv-02994-E | Daley et al v. Five Rivers Freights LLC et al |
| 247 | 3:26-cv-03021-E-BT | Hall v. Molina Healthcare Inc |
| 248 | 3:26-cv-03023-E-BW | Nyonee v. O'Brien et al |
| 249 | 3:26-cv-03024-E | Moffitt v. Neighborhood Credit Union |
| 250 | 3:26-cv-03047-E-BK | Hunsinger v. United Airlines Inc |
| 251 | 3:26-cv-03053-E-BK | Johnson v. Director, TDCJ-CID |
| 252 | 3:26-cv-03071-E-BW | Prieto Antillano v. US Immigration and Customs Enforcement |
| 253 | 3:26-cv-03075-E | Dennis v. T-Mobile USA Inc |
| 254 | 3:26-cv-03076-E | Reid v. Encompass Independent Insurance Company |
| 255 | 3:26-cv-03081-E | Cook v. United Check Recovery Bureau Inc |
| 256 | 3:26-cv-03089-E | Redd v. Credence Resource Management LLC |
| 257 | 3:26-cv-03107-E-BW | Whitney v. Amazon.com Services LLC |
| 258 | 3:26-cv-03132-E-BW | Acosta-Chirino v. Warden Facility Administrator P |
| 259 | 3:26-cv-03144-E | Freeland v. Greyhound Lines Inc |
| 260 | 3:26-cv-03151-E | Jayaraman v. Edlow |
| 261 | 3:26-cv-03173-E | Kazi v. United States Citizenship and Immigration Services et al |
| 262 | 3:26-cv-03185-E-BK | Modasia v. Rubio et al |
| 263 | 3:26-cv-03187-E-BN | Green v. LNU |
| 264 | 3:26-cv-03196-E | Cano v. USA |
| 265 | 3:26-cv-03206-E-BN | John v. US Bank Trust National Association |
| 266 | 3:26-cv-03213-E-BN | Taylor v. City of Dallas et al |
| 267 | 3:26-cv-03219-E | McCarty v. Life Insurance Company of North America |
| 268 | 3:26-cv-03229-E | Woodlee v. Kimberly-Clark Corporation |
| 269 | 3:26-cv-03313-E | Strike 3 Holdings, LLC v. Doe |
| 270 | 3:26-cv-03391-E-BW | Bowers v. The United States of America |
| 271 | 3:26-cv-03402-E | Stewart v. Essilorluxottica USA Inc et al |
| 272 | 3:26-cv-03404-E | E.R. v. Garland Independent School District |

| CRIMINAL CASES TO BE TRANSFERRED TO THE DOCKET OF JUDGE KASDIN M. MITCHELL | | |
|---|---|---|
| 1 | 3:22-cr-00432-E | USA v. Dowdy, et al. |
| 2 | 3:23-cr-00381-E | USA v. Roberts, et al. |
| 3 | 3:24-cr-00021-E | USA v. Massington |
| 4 | 3:24-cr-00064-E | USA v. White |
| 5 | 3:24-cr-00221-E | USA v. Ray, et al. |
| 6 | 3:24-cr-00444-E | USA v. Nguyen, et al. |
| 7 | 3:24-cr-00551-E | USA v. Verges |
| 8 | 3:25-cr-00130-E | USA v. Khan |
| 9 | 3:25-cr-00233-E | USA v. Hughes |
| 10 | 3:25-cr-00244-E | USA v. Blount |
| 11 | 3:25-cr-00255-E | USA v. Pedraza |
| 12 | 3:25-cr-00297-E | USA v. Sereseroz, et al. |
| 13 | 3:25-cr-00308-E | USA v. Cardenas |
| 14 | 3:25-cr-00322-E | USA v. Munoz-Espinoza, et al. |
| 15 | 3:25-cr-00345-E | USA v. Amin |
| 16 | 3:25-cr-00346-E | USA v. Arterburn |
| 17 | 3:25-cr-00380-E | USA v. James |
| 18 | 3:25-cr-00383-E | USA v. Aguilar |
| 19 | 3:25-cr-00389-E | USA v. Thursby et al |
| 20 | 3:25-cr-00394-E | USA v. Sanders |
| 21 | 3:25-cr-00399-E | USA v. Kimberly-Clark Corporation |
| 22 | 3:25-cr-00404-E | USA v. Enriquez-Villa |
| 23 | 3:25-cr-00435-E | USA v. Hagerman |
| 24 | 3:25-cr-00455-E | USA v. Aguilar et al |
| 25 | 3:25-cr-00489-E | USA v. Layne |
| 26 | 3:25-cr-00530-E | USA v. Gonzalez Torres |
| 27 | 3:25-cr-00533-E | USA v. Garcia et al |
| 28 | 3:25-cr-00567-E | USA v. Varela et al |
| 29 | 3:26-cr-00043-E | USA v. Daniel et al |
| 30 | 3:26-cr-00047-E | USA v. Betford et al |
| 31 | 3:26-cr-00080-E | USA v. Soto-Velasquez |
| 32 | 3:26-cr-00095-E | USA v. Ford |
| 33 | 3:26-cr-00101-E | USA v. Amaya-Castillo |
| 34 | 3:26-cr-00109-E | USA v. Martin |
| 35 | 3:26-cr-00110-E | USA v. Boyd |
| 36 | 3:26-cr-00143-E | USA v. Carter et al |
| 37 | 3:26-cr-00146-E | USA v. Ortiz-Rodriguez |
| 38 | 3:26-cr-00147-E | USA v. Umanzor-Cardenas |
| 39 | 3:26-cr-00153-E | USA v. Badillo et al |
| 40 | 3:26-cr-00168-E | USA v. Lemus |
| 41 | 3:26-cr-00185-E | USA v. Inestroza-Calix |
| 42 | 3:26-cr-00189-E | USA v. Reza-Triana |
| 43 | 3:26-cr-00193-E | USA v. Ceballos-Bautista |
| 44 | 3:26-cr-00195-E | USA v. Avery |
| 45 | 3:26-cr-00208-E | USA v. Baca |
| 46 | 3:26-cr-00220-E | USA v. Davis |
| 47 | 3:26-cr-00244-E | USA v. Alegria |
| 48 | 3:26-cr-00246-E | USA v. Diaz et al |
| 49 | 3:26-cr-00251-E | USA v. Coakley |
| 50 | 3:26-cr-00255-E | USA v. McGregor |
| 51 | 3:26-cr-00257-E | USA v. Jackson |
| 52 | 3:26-cr-00274-E | USA v. Harris |

| | | |
|---|---|---|
| 53 | 3:26-cr-00277-E | USA v. Banks |
| 54 | 3:26-cr-00282-E | USA v. Maduka |
| 55 | 3:26-cr-00283-E | USA v. SEALED |
| 56 | 3:26-cr-00296-E | USA v. Rojas-Reynoso |
| 57 | 3:26-cr-00312-E | USA v. Martinez |
| 58 | 3:26-cr-00342-E | USA v. Johnson |
| 59 | 3:26-cr-00349-E | USA v. Ochoa-Madera |
| 60 | 3:26-cr-00358-E | USA v. SEALED |
| 61 | 3:26-cr-00361-E | USA v. Rodriguez |
| 62 | 3:26-cr-00368-E | USA v. Tasby |
| 63 | 3:26-cr-00371-E | USA v. Villagran-Aguilar |
| 64 | 3:26-cr-00397-E | USA v. Lopez-Cisneros |
| 65 | 3:26-cr-00409-E | USA v. Lemus Jr. |
| 66 | 3:26-cr-00422-E | USA v. Pena-Rodarte |
| 67 | 3:26-cr-00423-E | USA v. Huffman |
| 68 | 3:26-cr-00446-E | USA v. Rodriguez |
| 69 | 3:26-cr-00446-E | USA v. Solorio-Delgado |
| 70 | 3:26-cr-00456-E | USA v. Martinez-Martinez |
| 71 | 3:26-cr-00467-E | USA v. Dominguez Martinez |
| 72 | 3:26-cr-00469-E | USA v. Reyes-Ochoa |
| 73 | 3:26-cr-00506-E | USA v. Onofre-Navarrete |
| 74 | 3:26-cr-00514-E | USA v. Crear |
| 75 | 3:26-cr-00521-E | USA v. Pacheco |
| 76 | 3:26-cr-00542-E | USA v. Lopez-Arvizu |
| 77 | 3:26-cr-00555-E | USA v. Locke |
| 78 | 3:26-cr-00573-E | USA v. Taylor |
| 79 | 3:26-cr-00599-E | USA v. Herrera-Chavez |
| 80 | 3:26-cr-00604-E | USA v. Gonzalez-Gonzalez |
| 81 | 3:26-cr-00605-E | USA v. Patino-Bautista |
| 82 | 3:26-cr-00607-E | USA v. Esquivel-Moreno |
| 83 | 3:26-cr-00614-E | USA v. Briones-Garcia |
| 84 | 3:26-cr-00616-E | USA v. Amos |
| 85 | 3:26-cr-00627-E | USA v. Gallegos |
| 86 | 3:26-cr-00630-E | USA v. Pena-Rodarte et al. |
| 87 | 3:26-cr-00632-E | USA v. Diaz-Reyes |
| 88 | 3:26-cr-00645-E | USA v. SEALED |
| 89 | 3:26-cr-00648-E | USA v. Gueye, et al. |
| 90 | 3:26-cr-00649-E | USA v. SEALED |
| 91 | 3:26-cr-00655-E | USA v. Blalock |
| 92 | 3:26-cr-00659-E | USA v. Hernandez-Velasco |
| 93 | 3:26-cr-00666-E | USA v. Rivera-Saravia |
| 94 | 3:26-cr-00673-E | USA v. Martinez-Beristain |

Exhibit B

| CIVIL CASES TO BE TRANSFERRED TO THE DOCKET OF CHIEF JUDGE REED O'CONNOR | | |
|---|---|---|
| 1 | 3:18-cv-00037-E | Butler v. Collins et al |
| 2 | 3:18-cv-03308-E | Kelson et al v. City of Dallas et al |
| 3 | 3:19-cv-02857-E | Texas Health and Human Services Commission (HHSC) v. United States Department of Health and Human Services et al |
| 4 | 3:20-cv-02927-E | ERNearMe Plano LLC et al v. Blue Cross Blue Shield of Texas |
| 5 | 3:22-cv-00514-E | Joe Hand Promotions, Inc. v. Allure Jazz & Cigars, LLC et al |
| 6 | 3:22-cv-00706-E | Hopkins v. Department of Defense |
| 7 | 3:22-cv-00794-E | Legacy Exploration, LLC v. Optimum Energy Partners LLC et al |
| 8 | 3:22-cv-01333-E | United States of America et al v. Heal 360 Urgent Care PLLC et al |
| 9 | 3:22-cv-01710-E | United States of America et al v. Thermo Fisher Scientific Inc et al |
| 10 | 3:22-cv-02349-E | Cruz et al v. Resolute Capital Partners LTD LLC et al |
| 11 | 3:22-cv-02565-E | Washington v. Edwards Lifesciences LLC |
| 12 | 3:22-cv-02579-E | Stark v. Edwards Lifesciences, LLC |
| 13 | 3:23-cv-00727-E | FS2 Industries Incorporated et al v. Franklin, Jr. et al |
| 14 | 3:23-cv-01113-E | United States of America et al v. Mr Cooper Group Inc |
| 15 | 3:23-cv-01426-E | Valdez v. Tractor Supply Co of Texas LP |
| 16 | 3:23-cv-01536-E | Ivan Nunez, as Representative of the Estate of Gabino Nunez v. Prime Insurance Company |
| 17 | 3:23-cv-01579-E | Curcio v. CCS Medical Inc et al |
| 18 | 3:23-cv-01737-E | Ruian City Han Sen Technology Co Ltd v. RB Distribution Inc |
| 19 | 3:23-cv-01805-E | McConnell v. Applied Digital Corporation et al |
| 20 | 3:23-cv-01887-E | Commodity Futures Trading Commission v. Larrick et al |
| 21 | 3:23-cv-02069-E | Williams v. ServiceNow Inc |
| 22 | 3:23-cv-02388-E | Fluidmaster Inc v. Danco Inc |
| 23 | 3:23-cv-02482-E | CR England Inc v. THK Logistics LLC |
| 24 | 3:23-cv-02532-E-BW | Randle v. Brown et al |
| 25 | 3:23-cv-02791-E-BN | Thompson v. UKG Inc |
| 26 | 3:23-cv-02834-E | Canada, Jr. et al v. Sherman |
| 27 | 3:24-cv-00072-E | Katz v. Gruenberg et al |
| 28 | 3:24-cv-00104-E | Tupac v. Asbury Automotive Group Inc et al |
| 29 | 3:24-cv-00112-E-BW | Keys v. Connors et al |
| 30 | 3:24-cv-00138-E | SEALED |
| 31 | 3:24-cv-00586-E | Car Auto Holdings LLC v. Dallas-H Inc et al |
| 32 | 3:24-cv-01182-E | Crest Foods Inc v. Ohanyan LLC et al |
| 33 | 3:24-cv-01342-E | Anderson v. Stevens Transport Inc et al |
| 34 | 3:24-cv-01485-E | Rodriguez v. Allstate Fire and Casualty Insurance Company |
| 35 | 3:24-cv-01852-E | Marten Group Inc et al v. Tennant et al |
| 36 | 3:24-cv-01904-E | Jefferson et al v. Waxahachie ISD Board of Trustee et al |
| 37 | 3:24-cv-01912-E | Hunter Mountain Investment Trust v. Highland Capital Management LP et al |
| 38 | 3:24-cv-01939-E-BT | Shaik v. Launch Wise LLC et al |
| 39 | 3:24-cv-01982-E | ZNG Inc v. Covington Specialty Insurance Company |
| 40 | 3:24-cv-02111-E | G&G Closed Circuit Events LLC v. J Whiskey's LLC et al |
| 41 | 3:24-cv-02180-E | Iske v. Precision Dynamics International LLC |
| 42 | 3:24-cv-02253-E-BW | Traeger v. Farha et al |
| 43 | 3:24-cv-02266-E | Skowron v. Tom Thumb Stores Inc |
| 44 | 3:24-cv-02612-E | Thomasson et al v. Trans Union LLC et al |
| 45 | 3:24-cv-02642-E-BN | Thompson v. Fedex Ground |
| 46 | 3:24-cv-02653-E | Hunter v. Hunter |

Exhibit B

| | | |
|---|---|---|
| 47 | 3:24-cv-02811-E | McDonald v. Unilever North America Supply Chain Company LLC et al |
| 48 | 3:25-cv-00672 -E | Copeland v. G6 Hospitality |
| 49 | 3:25-cv-00099 -E | Villalta v. State Farm Lloyds |

| CRIMINAL CASES TO BE TRANSFERRED TO THE DOCKET OF CHIEF JUDGE REED O'CONNOR | | |
|---|---|---|
| 1 | 3:22-cr-00334-E | USA v. Del Bosque-Reyes |
| 2 | 3:23-cr-00444-E(01) | USA v. Cisneros-Ruiz |
| 3 | 3:24-cr-00078-E | USA v. Clark |
| 4 | 3:24-cr-00130-E(01) | USA v.Trinidad Rodriguez |
| 5 | 3:24-cr-00201-E(05) | USA v. Willis |
| 6 | 3:24-cr-00287-E(03) | USA v. Jimenez |
| 7 | 3:24-cr-00302-E(03) | USA v. Flores Magana |
| 8 | 3:24-cr-00304-E | USA v. Martinez- Fuller |
| 9 | 3:24-cr-00343-E | USA v. Vargas |
| 10 | 3:24-cr-00475-E | USA v. Pearl |
| 11 | 3:24-cr-00546-E(01) | USA v. Noble |
| 12 | 3:25-cr-00111-E | USA v. Buggs |
| 13 | 3:25-cr-00306-E | USA v. Vargas |
| 14 | 3:25-cr-00366-E(02) | USA v. Morgan |
| 15 | 3:25-cr-00414-E(02) | USA v. Soto-Hernandez |
| 16 | 3:25-cr-00418-E | USA v. Perkins |
| 17 | 3:25-cr-00518-E | USA v. Creeks |
| 18 | 3:25-cr-00545-E | USA v. De La Cruz et al |
| 19 | 3:26-cr-00048-E | USA v. Cuadros |
| 20 | 3:26-cr-00270-E | USA v. McKinney |
| 21 | 3:26-cr-00360-E | USA v. Walker |
| 22 | 3:26-cr-00369-E | USA v. Idarza-Medina |
| 23 | 3:26-cr-00418-E | USA v. Camarillo-Garcia |
| 24 | 3:26-cr-00452-E | USA v. Castro-Ochoa |