# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 19, 2026

Thomas B. Plunkett, III
Clerk

No. 26-10436

In re Ezra Ishmael Young,

*Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-37

ORDER:

IT IS ORDERED that Appellant's motion for extension to October 26, 2026, to return a sufficient brief is GRANTED.

IT IS FURTHER ORDERED that Appellant's motion to file a corrected brief, to correct non-substantive errors and to delete the mooted portion of the brief requesting reassignment upon remand, is GRANTED.

IT IS FURTHER ORDERED that Appellant's motion to supplement the record on appeal and to raise new claims or grounds for relief in the corrected brief is DENIED.

Cory T. Wilson
*United States Circuit Judge*